In the Matter of the Claim of JOHN R. LEEDY, Respondent. MICHAEL W. CASEY, Attorney for Claimant, Appellant, against INTERNATIONAL HARVESTER COMPANY OF AMERICA, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied, with ten dollars costs to the appellant against the State Industrial Board. Claimant's attorney is a party in interest who may appeal under section 23 of the Workmen's Compensation Law. (See *Rawlings* v. *Workmen's Compensation Board, Kentucky,* 187 Ky. 308; 218 S. W. 985; *Schilling* v. *Industrial Accident Commission of California,* 47 Cal. App. 190; 190 Pac. 373.) McNamee, Bliss and Heffernan, JJ., concur; Hill, P. J., and Rhodes, J., dissent.

In the Matter of WILLIAM P. McENIRY, an Attorney.— The respondent, William P. McEniry, is suspended from practice as attorney and counselor at law from the date of the entry and service of a certified copy of the order to be entered herein. And the said respondent, William P. McEniry, is hereby commanded to desist and refrain from the practice of law in any form, either as principal or agent, clerk or employee of another, and is hereby forbidden to perform any of the following acts for compensation or reward, to wit: (1) To appear as an attorney or counselor at law before any court, justice, judge, board, commission or other public authority; (2) to give to another an opinion as to the law or its application or any advice in relation thereto. And the said respondent, William P. McEniry, is hereby directed to pay to the complainant the sum of fifty-one dollars, with interest from March 17, 1928, being the balance due of moneys collected by the respondent in behalf of the complainants, which amount of fifty-one dollars has never been paid to the complainants. Permission, however, is hereby given to the said respondent, William P. McEniry, to apply to this court for reinstatement as an attorney and counselor at law any time after the expiration of three months from the date of the entry and service of said order as aforesaid; upon proof of his compliance